JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

NICOLE C.,

               Plaintiff,

     v.

FRANK BISIGNANO,
Commissioner of Social Security,

               Defendant.

Case No. ED CV 25-2436-E

**JUDGMENT**

     IT IS HEREBY ADJUDGED that judgment is entered affirming the decision of the Commissioner of Social Security.

     DATED:  April 7, 2026



                           CHARLES F. EICK
             UNITED STATES MAGISTRATE JUDGE